

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00206-CV

LOUIS MCAFEE, Appellant

V.

WILLIAM E. ADAMCIK, Appellee

Appeal from the 155th District Court of Austin County. (Tr. Ct. No. 2010V-0046).

**TO THE 155TH DISTRICT COURT OF AUSTIN COUNTY, GREETINGS:**

Before this Court, on the 12th day of March 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on December 4, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant Louis McAfee pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered March 12, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 12, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

